# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

162307(23)

LAPEER PLATING & PLASTICS, INC.,
      Plaintiff/Counterdefendant-
      Appellee,

v

GLOBAL PARTS, INC.,
      Defendant/Counterplaintiff-
      Appellant.
_____/

SC: 162307
COA: 354215
Oakland CC: 2018-165832-CB

      On order of the Chief Justice, the motion of plaintiff/counterdefendant-appellee to extend the time for filings its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before January 28, 2021.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2020



Clerk